**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talib H Tauhid, | No. CV-20-01324-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion for Award of Attorney Fees under 42 U.S.C. § 406(b) (Doc. 31).  Defendant has filed no response in opposition, and the time in which to do so has expired.  *See* LRCiv 7.2(c)

Section 206(b)(1)(A) of the Social Security Act, 42 U.S.C. § 406(b)(1)(A), provides that a Court may award a reasonable attorney fee not in excess of 25% of past-due benefits under Title II of the Social Security Act.  As noted, Defendant has not objected to Plaintiff's request for fees under 42 U.S.C. § 406(b).  Under *Gisbrecht*, the Court must consider whether the 42 U.S.C. § 406(b) fee requested is within the statutory guidelines, is consistent with the fee agreement, and is reasonable in light of the contingent-fee agreement. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002).

Plaintiff's counsel is seeking $10,529.00 in § 406(b) fees. (Doc. 31 at 1).  The Court has reviewed the Itemization of Services (Doc. 32-3) and finds that the time expended and amounts charged are reasonable for this case.  The Court finds that the fee requested is within the statutory guidelines, is consistent with the fee agreement, and is reasonable in

light of the agreement. Therefore, the Court will grant Plaintiff's Motion.

Plaintiff's counsel was previously awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), in the amount of $6,853.14. (Doc. 30). When an attorney receives an award under § 406(b) and the Equal Access to Justice Act, the attorney must refund to the client the smaller of the awards. *Russell v. Sullivan*, 930 F.2d 1443, 1446 (9th Cir. 1991).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (Doc. 31) is **granted**. Plaintiff's attorney shall collect $10,529.00 in attorney's fees in accordance with 42 U.S.C. § 406(b) and reimburse Plaintiff the $6,853.14 award received pursuant to the Equal Access to Justice Act in accordance with 28 U.S.C. § 2412(d).

Dated this 7th day of June, 2022.

Honorable Diane J. Humetewa
United States District Judge